# Exhibit A



**LCFT** — Lake County Federation of Teachers, AFT Local 504
248 Ambrogio Drive, Gurnee, IL 60031, 847-623-7725

**YES** ☑

## Membership

I hereby apply to be a member of the Lake County Federation of Teachers, AFT Local 504 and authorize the Lake County Federation of Teachers, AFT Local 504 to act as my exclusive representative with my employer:

SIGNATURE: _____ NAME: Ariadna Ramon Baro
ADDRESS: 1005 BALDWIN AVE APT 401 CITY: WAUKEGAN
STATE: IL ZIP: 60085 HOME PHONE: ( — ) _____ CELL PHONE: ▮
SCHOOL BUILDING: WHS - Brookside JOB TITLE: Teacher
PERSONAL EMAIL ADDRESS: ▮ SOC. SEC. NO.(LAST FOUR): ▮

### Annual Dues and COPE Authorization

To: School District Name/# Ariadna Ramon Baro

I authorize you to deduct from my earnings on a regular pro rata basis, and time frame as set forth in my collective bargaining agreement, the following:

1. An amount equal to the current annual membership dues as certified by the Lake County Federation of Teachers, AFT Local 504. This voluntary authorization and assignment shall be irrevocable, regardless of whether I am or remain a member of the Union, for a period of one year from the date of authorization and shall automatically renew from year to year unless I revoke this authorization by completing a revocation form between August 1 and August 31.

2. An additional twenty dollars/other: __0__ (twenty dollars per year is the recommended contribution and you may enter that amount or another amount or zero, if you wish to make no contribution) per year for the Lake County Federation of Teachers Committee on Political Education (LCFT-COPE). This authorization is signed freely and voluntarily and not out of any fear of reprisal; I will not be favored or disadvantaged because I exercise this right. This authorization shall continue in effect from year to year unless terminated by me by written notification to the LCFT-COPE.

These amounts shall be paid to the Lake County Federation of Teachers and the LCFT-COPE separately and may be used to make political contributions by AFT/COPE. These authorizations shall continue in effect from year to year unless terminated by me as indicated above or upon termination of my employment in the District.

Payments to the Union are not deductible as charitable donations for federal income tax purposes. However, they may be tax deductible as ordinary and necessary business expenses.

SIGNATURE: _____ DATE: 08/20/2019

Return this form to the Union Office. The Union Office will forward appropriate copies to your District. Retain pink copy